# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Urbana Division

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**GLENN BENSON,**
    **Defendant.**

Case No. 26-cr-20002

## TEMPORARY ORDER OF DETENTION

The Defendant appeared before this Court for initial appearance following arrest pursuant to an Indictment. Upon the Court's own motion, the detention hearing is set for January 14, 2026, at 2:00 PM before the Honorable Eric I. Long, United States Magistrate Judge, in person, Courtroom B, United States Courthouse, Urbana, Illinois. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

ENTERED: January 9, 2026

                                                                    s/ Eric I. Long
                                                    U.S. MAGISTRATE JUDGE